# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DONALD J. ROUSE, JR., DONALD
J. ROUSE, SR., THOMAS B.
ROUSE, ALLISON ROUSE ROYSTER
AND ROUSE'S ENTERPRISES, LLC

VERSUS

K & F RESTAURANT HOLDINGS,
LTD. D/B/A IZZO'S ILLEGAL
BURRITO, K & F RESTAURANT
OPERATIONS, LLC, G & O PIZZA
HOLDINGS, LTD. D/B/A LIT
PIZZA, G & O RESTAURANT
OPERATIONS, LLC; AND OSVALDO
FERNANDEZ

NO.   2019 CW 0586

OCT 0 3 2019

---

In Re:    K & F Restaurant Holdings, LTD D/B/A Izzo's Illegal
          Burrito, K & F Restaurant Operations, LLC, G & O Pizza
          Holdings, LTD. D/B/A LIT Pizza, G & O Restaurant
          Operations, LLC, and Osvaldo Fernandez, applying for
          supervisory writs, 17th Judicial District Court,
          Parish of Lafourche, No. 137108.

---

BEFORE:   GUIDRY, McCLENDON, CRAIN, HOLDRIDGE, AND CHUTZ, JJ.

**WRIT GRANTED.** The portion of the trial court's May 1, 2019 judgment denying the defendants' exception raising the objection of prematurity is reversed. Louisiana courts have consistently held that an action for defamation arising out of allegations made in judicial proceedings and against a party to those proceedings cannot be brought until those proceedings are terminated. **Simpson v. Perry**, 2003-0116 (La. App. 1st Cir. 7/14/04), 887 So.2d 14, 16 (internal citations omitted.) It is undisputed that the federal litigation between the plaintiffs and defendants, which forms the basis of the instant defamation suit, has not been terminated in its entirety. Therefore, the plaintiffs' suit is premature. We reverse the trial court's judgment insofar as it denied the defendants' exception raising the objection of prematurity. We grant the defendants' exception raising the objection of prematurity and dismiss the plaintiffs' suit without prejudice.

                              JMG
                              PMc
                              WRC

          **Holdridge, J.,** concurs.

          **Crain, J.,** dissents and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT